1  Seth W. Wiener, California State Bar No. 203747
   LAW OFFICES OF SETH W. WIENER
2  609 Karina Court
3  San Ramon, CA 94582
   Telephone: (925) 487-5607
4  Email: seth@sethwienerlaw.com

5
   Attorney for Plaintiff
6  JOANNE RODRIGUES

7                          UNITED STATES DISTRICT COURT

8                         NORTHERN DISTRICT OF CALIFORNIA

9  | JOANNE RODRIGUES, | Case No.: 4:21-cv-01111-DMR |
   |---|---|
   | Plaintiff, | NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF JOANNE RODRIGUES; MEMORANDUM OF POINTS AND AUTHORITIES |
   | v. | |
   | ALLIANT CREDIT UNION; and DOES 1 through 10, inclusive, | |
   | Defendants. | Judge: Hon. Donna M. Ryu<br>Date: Thursday, October 14, 2021<br>Time: 1:00 p.m.<br>Ctrm: Courtroom 4, 3rd Floor |

17  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

18         PLEASE TAKE NOTICE THAT on October 14, 2021, at 1:00 p.m., or as soon thereafter as
19  the matter may be heard in the above-entitled court, in Courtroom 4 of the above-referenced Court
20  located at the Oakland Courthouse, 1301 Clay Street, Oakland, CA 94612, before the Honorable
21  Donna M. Ryu, Attorney Seth W. Wiener will move to withdraw as counsel for Plaintiff Joanne
22  Rodrigues, pursuant to Civil Local Rule 11-5 and the Rules of Professional Conduct of the State Bar
23  of California.
24         This motion will be based on this Notice of Motion and Motion, the complete files and records
25  of this action, the Memorandum of Points and Authorities below, the Declaration of Seth W. Wiener,
26  and such other and further matters as may be raised in oral argument before the Court. Notice of this
27  Motion has been provided by email to Joanne Rodrigues.
28

This Motion is expected to be unopposed. Attorney Seth W. Wiener requests that the Court consider granting the withdrawal at the Case Management Conference scheduled in this action on September 15, 2021, in order to avoid any undue delay.

Dated: August 30, 2021                                      LAW OFFICES OF SETH W. WIENER

By:_____
    Seth W. Wiener
    Attorneys for Plaintiff
    JOANNE RODRIGUES

**MEMORANDUM OF POINTS AND AUTHORITIES**

Attorney Seth W. Wiener ("Attorney Wiener") hereby moves to withdraw as counsel for Plaintiff Joanne Rodrigues ("Plaintiff"), pursuant to Civil Local Rule 11-5 and Rule 1.16 of the Rules of Professional Conduct of the State Bar of California. This request to withdraw as counsel is being made as Plaintiff purported to terminate the services of Attorney Wiener on August 26, 2021, and Plaintiff's conduct had made it unreasonably difficult for Attorney Wiener to carry out Plaintiff's representation effectively. (Declaration of Seth W. Wiener, ¶ 2). Consistent with Rule 1.16 of the Rules of Professional Conduct, Attorney Wiener has taken reasonable steps to avoid reasonably foreseeable prejudice to the rights of Plaintiff, including giving due notice to Plaintiff, allowing time for employment of other counsel, and will promptly release all client papers and documents to Plaintiff upon the representation being terminated. (Declaration of Seth W. Wiener, ¶ 3). This Motion is necessary because Plaintiff had refused to sign a Stipulation Regarding Withdrawal of Seth W. Wiener, and had instead demanded that Attorney Wiener execute a Consent Order Granting Substitution of Attorney (AO 154) which Attorney Wiener refused to do as it falsely listed Plaintiff as being an attorney. (Declaration of Seth W. Wiener, ¶ 4). For these reasons, the Motion to Withdraw should be granted.

Dated: August 30, 2021                              LAW OFFICES OF SETH W. WIENER

By:_____
Seth W. Wiener
Attorneys for Plaintiff
JOANNE RODRIGUES